Max Krumbein and Becky Krumbein, appellants, v. John Micek, appellee. Gen. No. 30,758.

Action for damages through fraudulent representations. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Edward G. Berglund, for appellants. Einar C. Howard and Lee W. Carrier, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

H. A. Sowles, appellee, v. The Sayers & Scovill Company, appellant. Gen. No. 30,525.

Action to recover commissions for sale of funeral vehicles and supplies. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Roy C. Freeman, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed April 19, 1926.

Good, Childs, Bobb & Wescott, for appellant. Harper E. Osborn, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Isadore Finkelstein, appellee, v. Jerry R. Selman, appellant. Gen. No. 30,556.

Action to recover for work and labor. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed April 19, 1926.

Harry Z. Perel and James J. Glassner, for appellant; James J. Glassner, of counsel. Aaron Soble, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Edward J. Howe, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,622.

Petition for mandamus to compel certification of vacancies in civil service positions and of eligibles therefor. Petition granted. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed April 19, 1926.

Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Leesman & Roemer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.